Mathew K. Higbee, Esq. SBN 241380
**HIGBEE & ASSOCIATES**
3110 W Cheyenne Ave Ste 200,
North Las Vegas, NV 89032
(813) 710-3013
(714) 597-6559 facsimile
Email: mhigbee@higbee.law

JS-6

*Attorney for Plaintiff,*
NATASCHA LINDEMANN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATASCHA LINDEMANN,<br><br>Plaintiff,<br><br>v.<br><br>OPTO AESTHETICS INC d/b/a AESDERMA MED SPA, and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 2:24-cv-04688 DDP (MAAx)<br><br>**JUDGMENT ON MOTION FOR DEFAULT JUDGMENT**<br><br>Judge: Hon. Dean. D. Pregerson<br>Courtroom: 9C<br>Hearing Date: February 24, 2025 at 10:00AM |

### JUDGMENT

This case is before the Court on Plaintiff Natascha Lindemann ("Plaintiff") Motion for Entry of Default Judgment ("Motion") [Dkt. # 18], seeking default judgment against Opto Aesthetics Inc. d/b/a Aesderma Med Spa ("Defendant"). The Clerk of the Court for the Central District of California entered the default of Defendant on November 15, 2023 [Dkt. # 17].

Having considered all matters of record, the arguments of counsel, and the applicable legal authorities, it is hereby **ORDERED, ADJUDGED, and DECREED as follows:**

1. Plaintiff's Motion for Default Judgment [Dkt. # 18] is GRANTED;
2. Judgment is hereby entered in favor of Plaintiff, and against Defendant pursuant to 17 U.S.C. § 504, 17 U.S.C. § 505;
3. Defendant is hereby ordered to pay statutory damages for infringement pursuant to 17 U.S.C. § 504 in the amount of $3,757.33;
4. Defendant is hereby ordered to pay Plaintiff's reasonable attorneys fees pursuant 17 U.S.C. § 505 in the amount of $4,005;
5. Defendant is hereby ordered to pay Plaintiff's costs pursuant 17 U.S.C. § 505 in the amount of $1,030;
6. Post-judgment interest shall accrue at the rate of .70% per annum, in accordance with 28 U.S.C. § 1961, from the date of entry of this Default Judgment until the Judgment Amount and all accrued interest are paid in full by Defendant to the Plaintiff; and,
7. The Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Default Judgment.

There being no just reason for delay in the entry of this Default Judgment, the Court hereby directs the clerk to enter judgment against Defendant pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

Dated: March 11, 2025

_____
HON. DEAN D. PREGERSON
U.S. DISTRICT JUDGE